ELLEN MAY SHASHOYAN, PLAINTIFF-RESPONDENT, v.
ANN SHASHOYAN, DEFENDANT-PETITIONER.

*Messrs. Beggans & Keale* and *Mr. Robert E. Tarleton* for the petitioner.

*Messrs. Warren, Chasan & Leyner* and *Mr. Lewis M. Holland* for the respondent.

March 9, 1959. Denied.

PETER COPONI, PETITIONER-RESPONDENT, v. FEDERAL
INDUSTRIES, RESPONDENT-PETITIONER.

*Mr. Edward B. Meredith* for the petitioner.

*Messrs. Marinello, Cundari & Soriano* and *Mr. Ralph G. Conte* for the respondent.

March 9, 1959. Granted.